# GALLO VITUCCI KLAR
LLP

WWW.GVLAW.COM

Sherri A. Jayson
Manhattan Office
sjayson@gvlaw.com
646.998.1958

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2024

February 9, 2024

*Application GRANTED IN PART. The Court has referred the case to Judge Moses for settlement. The motion to stay discovery pending a settlement conference is denied. The Clerk of Court is directed to terminate ECF No. 21. SO ORDERED.*

*Jennifer H. Rearden, U.S.D.J.*
*Dated: February 12, 2024*

**BY ECF**
Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12B
New York, NY 10007-1312

Re:   Urena v. United Natural Foods, Inc. et al.
        Case No.: 23-CV-1314

Your Honor:

      The parties submit this joint status report. As you know, Plaintiff underwent an injection to her spine on January 31, 2024. Ms. Ahlfeld advises that she will exchange that record once available, serve supplemental responses to Defendants' Interrogatories to reflect the new procedure and claims and provide an updated authorization. At this time, Plaintiff's care and treatment remain ongoing. Defendants served Supplemental Rule 26 disclosures for the medical experts that examined Plaintiff prior to the recent procedure.

      The parties have had preliminary discussions about settlement, but believe that the Court's input and assistance would be helpful. As such, the parties respectfully ask that discovery be stayed pending a settlement conference. Defendants request that a virtual settlement conference be scheduled for mid-April to allow Plaintiff to provide the updated medical records and discovery responses and for Defendants to evaluate the additional claims. Should the matter not settle, the parties will submit a revised discovery schedule to conclude both fact and expert discovery.

Very truly yours,

Sherri A. Jayson

cc:   Jennifer Ahlfeld, Esq. (By ECF Only)

Manhattan 90 Broad Street, 12th Floor, New York, NY 10004 • New Jersey 3 University Plaza Drive, Suite 402, Hackensack, NJ 07601
Westchester One Bridge Street, Suite 140, Irvington, NY 10533 • Long Island 100 Crossways Park West, Suite 305, Woodbury, NY 11797

MAILING ADDRESS: 90 BROAD STREET, 12TH FLOOR, NEW YORK, NY 10004 • 212.683.7100