UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/18/2024
```

GEORGINA URENA,

        Plaintiff,

-against-

UNITED NATURAL FOODS, INC., et al.,

        Defendants.

23-CV-01314 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Judge Moses will hold a confidential telephonic pre-settlement conference call, with counsel only, on April 8, 2024, at 10:00 a.m. A few minutes before the scheduled conference, the parties must call (888) 557-8511 and enter the access code 7746387.

Dated: New York, New York
       March 18, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**