```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/10/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGINA URENA,

        Plaintiff,

-against-

UNITED NATURAL FOODS, INC., et al.,

        Defendants.

23-CV-01314 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    After consultation with the parties, the settlement conference previously scheduled for May 15, 2024, is ADJOURNED to **August 26, 2024, at 2:15 p.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street New York, NY 10007. The parties must submit their Confidential Settlement Letters and Acknowledgment Forms (*see* Dkt. 24 ¶¶ 3, 4) no later than **August 19, 2024.**

Dated: New York, New York
       May 10, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**