**GALLO VITUCCI KLAR**
LLP

WWW.GVLAW.COM

Sherri A. Jayson
Manhattan Office
sjayson@gvlaw.com
646.998.1958

June 13, 2024

**BY ECF**
Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12B
New York, NY 10007-1312

> By July 10, 2024, the parties shall update the Court on the status of the case.  The Clerk of Court is directed to terminate ECF No. 34.  SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated: June 18, 2024

Re: Urena v. United Natural Foods, Inc. et al.
Case No.: 23-CV-1314

Your Honor:

The submit this status report in accord with your Order dated April 29 , 2024.

As indicated in our prior status report, Your Honor referred this case to Judge Moses for a settlement conference. Thereafter, Judge Moses held three pre-settlement conferences on March 18, April 8 and April 26, 2024 to hone in on the alleged damages and their value and the parties position as to settlement.

The May 15, 2024 settlement conference was adjourned to August 26, 2024 after Mr. McCabe advised that Plaintiff was scheduled to have surgery to her shoulder.  The surgery, which was initially scheduled for April 15 was postponed to May 28 and then to June 18 due to issues with obtaining surgical clearance.

Following the surgery, Plaintiff shall serve updated discovery to detail the newly alleged damages claim and authorizations.  Defendants shall obtain the updated medical records and request permission to conduct a further limited deposition and IME.  Defendants also recently served a Request for Production by Defendants on Plaintiff relating to a prior accident and injuries.  Yesterday, Defendants liability experts conducted an inspection of Plaintiff's vehicle.  His report analysis and report should be completed by June 3, 2024 and Defendants will promptly disclose by June 7, 2024.

Finally, as per our April 26, 2024 status report, Defendants timely served their Supplemental Rule 26 disclosing their liability expert.

Based on the foregoing, we request permission to submit a status report on July 10 by which time Plaintiff should have an understanding of the anticipated scope and length of her

**Manhattan** 90 Broad Street, 12th Floor, New York, NY 10004 • **New Jersey** 3 University Plaza Drive, Suite 402, Hackensack, NJ 07601
**Westchester** One Bridge Street, Suite 140, Irvington, NY 10533 • **Long Island** 100 Crossways Park West, Suite 305, Woodbury, NY 11797

MAILING ADDRESS:  90 BROAD STREET, 12TH FLOOR, NEW YORK, NY 10004  •  212.683.7100

Hon. Jennifer H. Rearden
June 13, 2024
Page 2

post-surgical treatment so that we better advise the Court as to a realistic schedule to complete the further discovery.

                                                                                             Respectfully submitted,

                                                                                             Sherri A. Jayson

cc:     William McCabe, Esq. (By ECF Only)